IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN PAUL THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>MENTAL HEALTH ASSOCIATION OF NEBRASKA,<br><br>Defendant. | 4:17CV3048<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Motion for Temporary Injunction. (Filing No. 6.) Plaintiff asks this court to direct Defendant Mental Health Association of Nebraska to reinstate his employment until the conclusion of this case. In his Complaint, Plaintiff seeks monetary damages against Defendant for wrongful termination. (Filing No. 1.)

Plaintiff fails to establish a threat of irreparable harm because, if Defendant wrongfully terminated him, the remedies that the court can prescribe – damages and reinstatement – will address his alleged injuries. *See Roberts v. Van Buren Pub. Schs.*, 731 F.2d 523, 526 (8th Cir. 1984) (no irreparable harm where complete remedy available; if appellants prevailed on merits of action they would be entitled to reinstatement and backpay); *Dataphase Sys., Inc. v. C.L. Sys., Inc.*, 640 F.2d 109, 113 (8th Cir. 1981) (requirements for issuance of a preliminary injunction).

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Temporary Injunction (Filing No. 6) is denied.

Dated this 21st day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge